IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VELMA LEWIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GREATER SOUTHEAST COMMUNITY HOSPITAL CORP. | ) ) ) ) | Case No. 1:05CV01281 (RMC) |
| Defendant. | ) ) ) | |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of the undersigned, Chevanniese Smith, Esq., as counsel for Defendant Greater Southeast Community Hospital.

              Respectfully submitted,

        By: _____/s/_____
           Chevanniese Smith, Bar. No. 465096
           SEYFARTH SHAW LLP
           815 Connecticut Avenue, N.W., #500
           Washington, DC  20006-4004
           (202) 463-2400

Dated:  August 3, 2005

DC1 30150292.1