IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELMA LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GREATER SOUTHEAST COMMUNITY ) | Case No. 1:05CV01281 (RMC) |
| HOSPITAL CORP. ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER

Defendant, Greater Southeast Community Hospital (hereinafter "GSECH"), by its undersigned counsel, pursuant to Local Rule 7 and the Federal Rules of Civil Procedure, hereby moves this Court to extend the time in which GSECH may answer Plaintiff's Complaint, until August 18, 2005. The grounds upon which Defendant bases this Motion are set forth below.

## POINTS AND AUTHORITIES IN SUPPORT OF
## CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER

1. Plaintiff filed her Complaint on June 27, 2006 and served Defendant's Resident Agent, CT Corporation, on July 15, 2005. GSECH's response to the Complaint is due on August 4, 2005.

2. However, the undersigned was only recently advised that the Complaint had been served upon Defendant. Due to the press of other previously scheduled business and professional obligations, additional time is needed to properly respond to Plaintiff's Complaint.

3. Accordingly, GSECH respectfully requests an extension of two weeks to file an Answer to Plaintiff's Complaint, such that GSECH's Answer shall be filed by August 18, 2005.

DC1 30150251.1

4.      Counsel for Plaintiff, Nathaniel D. Johnson, Esq. represented via telephone that he consents to the relief requested.

5.      No prior requests for the extension of this deadline have been made. The present request for extension is not made for the purpose of delay.

WHEREFORE, GSECH respectfully requests that this Court extend the time in which GSECH may file an Answer to Plaintiff's Complaint until August 18, 2005.

Respectfully submitted,

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORP.

By            /s/
   Karla Grossenbacher, Esq., # 422544
   Chevanniese Smith, Esq., # 465096
   SEYFARTH SHAW LLP
   815 Connecticut Avenue, N.W., Suite 500
   Washington, DC  20006-4004
   (202) 463-2400

*Attorneys for Defendant*

Date:  August 3, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELMA LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GREATER SOUTHEAST COMMUNITY HOSPITAL CORP. | )  Case No. 1:05CV01281 (RMC) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Consent Motion for Extension of Time to Answer, and for good cause shown, it is on this ____ day of _____, 2005.

ORDERED, that the motion is GRANTED and Greater Southeast Community Hospital shall have until August 18, 2005, to file an Answer.

SO ORDERED.

_____
Judge Rosemary M. Collyer
United States District Court Judge

DC1 30150251.1