IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VELMA LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREATER SOUTHEAST COMMUNITY HOSPITAL CORP. | ) | Case No. 1:05CV01281 (RMC) |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of the undersigned, Chevanniese Smith, Esq., as counsel for

Defendant Greater Southeast Community Hospital.

Respectfully submitted,


By: _____/s/_____

Karla Grossenbacher #442544
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., #500
Washington, DC  20006-4004
(202) 463-2400


Dated:  November 4, 2005

DC1 30150292.1