IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELMA LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GREATER SOUTHEAST COMMUNITY ) | Case No. 1:05CV01281 (RMC) |
| HOSPITAL CORP. ) | |
| ) | |
| Defendant. ) | |

JOINT LOCAL RULE 16.3 REPORT

Pursuant to Local Rule 16.3(d), undersigned counsel conferred via telephone on November 1, 2005, and hereby submit their joint written report in the above-captioned case. The following constitutes the parties' positions with respect to each of the items set forth in Local Rule 16.3.

STATEMENT OF THE CASE

Plaintiff states: Plaintiff has asserted claims of discrimination, retaliation and hostile work environment pursuant to Title VII and 42 U.S.C. §1981 related to her former employment with Defendant.

Defendant states: Defendant denies that it has discriminated against Plaintiff on the basis of her race or sex as alleged in the Amended Complaint. Defendant also denies that it retaliated against Plaintiff for engaging in any protected activity or that she was subjected to a hostile work environment while working for Defendant.

<u>LOCAL RULE 16.3(C) MATTERS</u>

(1)     <u>Dispositive Motions</u>: There are no pending dispositive motions.  Defendant anticipates filing a motion for summary judgment after the close of discovery.  Defendant proposes filing any motion for summary judgment 45 days following the close of all discovery.

(2)     <u>Joinder/Amendment of Pleadings</u>:  The parties do not anticipate any further amendment of the pleadings in this case or joinder of other parties.  At this time, the parties are not able to agree upon or narrow any factual or legal issues in this case.

(3)     <u>Assignment to Magistrate Judge</u>:  The case should not be assigned to a Magistrate Judge for all purposes.

(4)     <u>Possibility of Settlement</u>:  Settlement discussions have occurred in the past.  A mediation took place before the EEOC in November 2004, which was unsuccessful.  Defendant does not believe that there is a realistic possibility of settlement at this time.  Plaintiff is open to conducting good faith settlement discussions.

(5)     <u>Alternative Dispute Resolution</u>:  Given that the parties already participated in an unsuccessful mediation in November 2004, Defendant does not believe that the case is appropriate for alternative dispute resolution at this time.  Plaintiff is open to good faith settlement discussions.

(6)     <u>Dispositive Motions</u>:  The parties agree that final dispositive motions should be filed forty-five (45) days after the close of all discovery, with oppositions, cross-motions and replies due in accordance with the Rules of Civil Procedure and the Local Rules of this Court.  The parties will defer to the Court regarding when the Court will decide any dispositive motions that have been filed.

(7)     <u>Initial Disclosures</u>:  The parties propose to dispense with the initial disclosure provisions of Rule 26(a)(1) of the Federal Rules of Civil Procedure.

(8) <u>Extent of Discovery</u>: Given that the upcoming holiday season in November and December, the parties propose April 5, 2006, for the close of fact discovery. Expert discovery shall be conducted between April 6, 2006, and June 5, 2006, with Plaintiff's expert disclosures due April 15, 2006, and Defendant's expert disclosures due May 15, 2006.

(9) <u>Expert Witness Reports</u>: Expert discovery, if any, shall proceed along the schedule set forth in the Federal Rules of Civil Procedure.

(10) <u>Class Actions</u>: Not applicable.

(11) <u>Bifurcated Trial/Discovery</u>: The parties agree that this litigation does not need to be bifurcated.

(12) <u>Pretrial Conference Date</u>: The parties propose that a pretrial conference be held sixty (60) days after the Court rules upon any dispositive motions filed after the close of all discovery.

(13) <u>Trial Date</u>: The parties agree that the trial date should be set at the pretrial conference.

(14) <u>Other Matters</u>: None.

    Respectfully Submitted,

    VELMA LEWIS

    By: _____/s/_____
        Nathaniel D. Johnson MD Bar # 14729
        Richard L. Thompson DC Bar # 448816
        Law Firm of Nathaniel D. Johnson, L.L.C.
        3195 Old Washington Road
        Waldorf, MD  20602
        Counsel for Plaintiffs
        301-645-9103 (telephone)
        301-893-6890 (facsimile)

                Respectfully Submitted,

                GREATER SOUTHEAST COMMUNITY HOSPITAL

                By    /s/_____
                      Karla Grossenbacher, Esq., Bar No. 422544
                      Annamaria Nields
                      SEYFARTH SHAW LLP
                      815 Connecticut Avenue, N.W.
                      Suite 500
                      Washington, DC  20006
                      202-463-2400 (telephone)
                      202-828-5393 (facsimile)
                      Attorneys for Defendant

Dated:  November 8, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VELMA LEWIS, ) | |
| Plaintiff, ) | |
| v. ) | |
| GREATER SOUTHEAST COMMUNITY ) HOSPITAL CORP. ) | Case No. 1:05CV01281 (RMC) |
| Defendant. ) | |

PROPOSED SCHEDULING ORDER

Upon consideration of the Joint Local Rule 16.3 Report, the Court hereby adopts the following schedule for this proceeding. The dates set forth herein will not be changed absent good cause shown.

| | |
|---|---|
| Initial Disclosures | Waived |
| Amendment of Pleadings | Not required |
| Close of Fact Discovery | April 5, 2006 |
| Close of Expert Discovery | June 5, 2006 |
| Plaintiff's Expert Disclosures | April 15, 2006 |
| Defendant's Expert Disclosures | May 15, 2006 |
| Dispositive Motions | July 20, 2006 |
| Pretrial Conference | 60 days after the Court's ruling on dispositive motions; if no dispositive motions are filed, 90 days after the close of discovery |

| | |
|---|---|
| Trial | To be set at the pretrial conference |

SO ORDERED.

_____    _____
Date                                                    United States District Court Judge


Copies to:

Nathaniel Johnson, Esq.
nathanielesquire@aol.com

Richard L. Thompson, Esq.
rlt2esquire@aol.com

Karla Grossenbacher, Esq.
kgrossenbacher@seyfarth.com

Annamaria Nields, Esq.
anields@seyfarth.com