**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VELMA LEWIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )    Case No.: 1:05CV01281 (RMC) |
| | ) |
| GREATER SOUTHEAST | ) |
| COMMUNITY HOSP. CORP. | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF WITHDRAWAL OF THE APPEARANCE OF
CHEVANNIESE SMITH AS ATTORNEY FOR THE DEFENDANT**

    This notice shall serve to inform the Court that Chevanniese Smith, Esq., is withdrawing her appearance from this case as she has left the law firm of Seyfarth Shaw LLP. Karla Grossenbacher, Esq. previously entered her appearance as attorney of record

for Defendant and will continue to represent the Defendant.  No trial date has been set, and this change in counsel will not materially change the posture of this case.

Respectfully submitted,

_____/s/_____
Chevanniese Smith, Esq. # 465096
American Red Cross
Office of the General Counsel
2025 E Street, NW
Washington DC, 20006
(202) 303-4936

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORP.

By _____/s/_____
    Karla Grossenbacher, Esq. # 442544
    SEYFARTH SHAW
    815 Connecticut Avenue, N.W.
    Suite 500
    Washington, DC  20006-4004
    (202) 463-2400