UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELMA LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>GREATER SOUTHEAST<br>COMMUNITY HOSPITAL,<br><br>    Defendant. | Civil Action No.: 1:05-cv-1281-RMC |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please enter my appearance, in substitution of the appearance of Attorney Nathaniel D. Johnson, on behalf of the Plaintiff in the above-captioned matter.

December 1, 2005            Respectfully submitted on behalf of Plaintiff,

                     _____/s/_____
                     Richard L. Thompson, II (Federal # 448816 DC)
                     3195 Old Washington Road
                     Waldorf, Maryland 20602
                     (202) 415-7549
                     (240) 363-0747 fax

# CERTIFICATE OF SERVICE

I, the undersigned, affirm, under penalty of perjury, that on this date, December 1, 2005, the foregoing Notice of Substitution of Counsel was sent, via the Court's ECF system, to the following:

Karla Grossenbacher, Esq.

Respectfully submitted on behalf of Plaintiff,

_____/s/_____
Richard L. Thompson, II  (Federal # 448816 DC)
3195 Old Washington Road
Waldorf, Maryland  20602
 (202) 415-7549
 (240) 363-0747 fax