IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VELMA LEWIS,**<br><br>    **Plaintiff**,<br><br>vs.<br><br>**GREATER SOUTHEAST COMMUNITY HOSPITAL, CORP.**<br><br><br>    **Defendant.** | **Civil No.: 1:05CV1281**<br>**(RMC)** |

## PRAECIPE

**NOW COMES** undersigned counsel, and enters his appearance as Plaintiff's representative in the above-captioned matter.

            /s/
    Nathaniel D. Johnson (MD Bar# 14729)
    Law Firm of Nathaniel D. Johnson
    3195 Old Washington Road
    Waldorf, Maryland 20602
    301 645-9103


    Dated:  January 11,  2006

**CERTIFICATE OF SERVICE**

    I, Nathaniel D. Johnson, affirm under the penalty of perjury that on this date, January 11, 2006, a copy of the foregoing Praecipe was sent, via ECF, to the following addressee:

Karla Grossenbacher, Esq.
Attorney for Defendant

_____/s/_____
Nathaniel D. Johnson