IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELMA LEWIS, <br><br> Plaintiff, <br><br> v. <br><br> GREATER SOUTHEAST <br> COMMUNITY HOSPITAL CORP. <br><br> Defendant. | Case No. 1:05-cv-01281 (RMC) |

## NOTICE
### (Entry of Attorney Appearance)

Please enter the appearance of Steven K. White, as lead attorney of Stinson Morrison Hecker LLP as attorneys herein for Defendant, Greater Southeast Community Hospital Corp. Per Local Civil Rule 83.6, the correct address, telephone number and bar identification numbers are set forth in the signature block below.

February 10, 2006               Respectfully Submitted,


                                /s/ Steven K. White
                                Steven K. White #367371
                                Stinson Morrison Hecker LLP
                                1150 18th Street, NW, Suite 800
                                Washington, D.C. 20036
                                (202) 785-9100
                                (202) 785-9163 (fax)

                                Counsel for Defendant

DB03/806879 0010/6729136.1

**CERTIFICATE OF SERVICE**

      I certify that on this 10th day of February 2006 a copy of the foregoing was served via first class mail, postage pre-paid, or via electronic transmission upon the following:

Richard Lloyd Thompson, II, Esq.
NATHANIEL D. JOHNSON, L.L.C.
3195 Old Washington Road
Waldorf, MD 20602

Nathaniel D. Johnson, Esq.
NATHANIEL D. JOHNSON, L.L.C.
3195 Old Washington Road
Waldorf, MD 20602

Karla Grossenbacher, Esq.
SEYFARTH SHAW
815 Connecticut Avenue, N.W.
Washington, D.C. 20006-4004

      /s/ Steven K. White
      Steven K. White