# EXHIBIT A

THE LAW FIRM OF
## NATHANIEL D. JOHNSON, L.L.C.

| | | |
|---|---|---|
| RICHARD L. THOMPSON, II<br>OF COUNSEL<br>MEMBER<br>MD AND D.C. BARS | (LICENSED IN MD & D.C. FEDERAL BARS)<br>3195 OLD WASHINGTON ROAD, WALDORF, MARYLAND 20602<br>TEL. 301-645-9103   FAX. 301-893-6890 | LEONARD W. JONES<br>OF COUNSEL<br>MEMBER<br>IL AND NY BARS |

January 26, 2006

*Via: First Class Mail*

Karla Grossenbacher
SEYFARTH SHAW
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C.
20006

   **RE:  Lewis v. GSCH (Civil No. 05-11281) Plaintiff's Discovery**

Dear Attorney Grossenbacher:

   Plaintiff's discovery was propounded to you, via facsimile, on January 12th, but I am just placing in the mail. I attribute the delay to the fact that I have been out of the office due my dad's illness with cancer.

   Should you have any questions, I can be reached directly at 301 645-9103.   Thank you for your attention to this matter.

                                        Respectfully submitted,

                                        Nathaniel Johnson

ENCLOSURES

Email: NathanielEsquire@comcast.net
www.nathanieldjohnson.com