IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELMA LEWIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREATER SOUTHEAST )<br>COMMUNITY HOSPITAL CORP. )<br>)<br>Defendant. )<br>) | Case No. 1:05-cv-01281 (RMC) |

**ORDER GRANTING MOTION TO**
**ENLARGE TIME TO RESPOND TO DISCOVERY REQUESTS**

This matter came before the Court on the Defendant's Motion to Enlarge Time to Respond to Discovery Requests and any opposition thereto. Upon consideration of the Motion this Court finds that good cause exists to grant the relief requested. It is hereby

**ORDERED** that the Motion is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that the deadline for Greater Southeast to respond to Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production of Documents is extended through and including March 14, 2006.

Dated: _____          _____
                             United States District Court for the
                             District of Columbia Judge

Copies to:

Steven K. White
Katherine M. Sutcliffe Becker
Stinson Morrison Hecker LLP
1150 18th Street, NW, Suite 800

Washington, D.C. 20036

Richard Lloyd Thompson, II, Esq.
NATHANIEL D. JOHNSON, L.L.C.
3195 Old Washington Road
Waldorf, MD 20602

Nathaniel D. Johnson, Esq.
NATHANIEL D. JOHNSON, L.L.C.
3195 Old Washington Road
Waldorf, MD 20602