UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**VELMA LEWIS**

    **PLAINTIFF,**

v.

**GREATER SOUTHEAST COMMUNITY HOSPITAL**

    **DEFENDANT.**

Civil No.:  05-1281

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

**NOW COMES** Plaintiff, Velma Lewis, by undersigned counsel, and hereby moves this Court for an enlargement of time of ninety (90) days to the discovery deadline in the above-captioned matter.  In support of this motion, Plaintiff states herein as follows:

1. The current discovery deadline in this case is for April 5, 2006;

2. Undersigned counsel is the lead attorney in this representation and due to the recent passing of his father, was unable to conduct discovery as anticipated;

3. Plaintiff now seeks an enlargement of the discovery deadline and the corresponding schedule;

4. This motion is not for any dilatory purpose or delay;

5. Plaintiff sought the consent of defendant regarding this motion, but did not receive a response;

6. For the foregoing reasons, Plaintiff asks this Court to grant the requested remedy.

April 3, 2006                        Respectfully submitted on Plaintiff's behalf,

/s/
Nathaniel D. Johnson  (Federal #14729 MD)
3195 Old Washington Road
Waldorf, MD 20601
(301) 645-9103
(301) 893-6890 (fax)

**CERTIFICATE OF SERVICE**

I, Nathaniel D. Johnson, the undersigned, affirm under penalty of perjury that on this date, April 3, 2006 the foregoing Enlargement of Time was sent, via electronic mail by the ECF system, to the Defendant's representative.

/s/
Nathaniel D. Johnson