IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELMA LEWIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREATER SOUTHEAST )<br>COMMUNITY HOSPITAL CORP. )<br>)<br>Defendant. )<br>) | Case No. 1:05-cv-01281 (RMC) |

**DEFENDANT'S CONSENT TO PLAINTIFF'S
MOTION FOR ENLARGEMENT OF TIME**

Greater Southeast Community Hospital Corp., ("Greater Southeast") consents Plaintiff's Motion for Enlargement of Time and in support states:

1.  The current discovery deadline is April 5, 2006.

2.  On April 3, 2006 Plaintiff filed a Motion for Enlargement of Time, seeking an extension of the deadline for 90 days.

3.  The Defendant consents to the extension requested in the Motion.

April 4, 2006                                    Respectfully Submitted,


                                           /s/ Steven K. White
                                           Steven K. White #367371
                                           Katherine M. Sutcliffe Becker #481394
                                           Stinson Morrison Hecker LLP
                                           1150 18th Street, NW, Suite 800
                                           Washington, D.C.  20036
                                           (202) 785-9100
                                           (202) 785-9163 (fax)

                                           Counsel for Defendant


## CERTIFICATE OF SERVICE

I certify that on this 4th day of April 2006 a copy of the foregoing was served via first class mail, postage pre-paid, or via electronic transmission upon the following:


                                           Richard Lloyd Thompson, II, Esq.
                                           NATHANIEL D. JOHNSON, L.L.C.
                                           3195 Old Washington Road
                                           Waldorf, MD  20602

                                           Nathaniel D. Johnson, Esq.
                                           NATHANIEL D. JOHNSON, L.L.C.
                                           3195 Old Washington Road
                                           Waldorf, MD  20602


                                           /s/ Steven K. White
                                              Steven K. White