IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELMA LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREATER SOUTHEAST COMMUNITY HOSPITAL CORP.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 1:05CV01281 (RMC)<br>)<br>)<br>)<br>)<br>) |

## WITHDRAWAL OF APPEARANCE OF KARLA GROSSENBACHER

TO THE CLERK OF THE COURT:

　　　Pursuant to Local Rule 83.6, Karla Grossenbacher withdraws her appearance as an attorney of record for Defendant Greater Southeast Community Hospital Corp. ("Defendant") in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　GREATER SOUTHEAST COMMUNITY
　　　　　　　　　　　　　　　　　　HOSPITAL CORP.

　　　　　　　　　　　　　　　　　　By:　/s/ Karla Grossenbacher_____
　　　　　　　　　　　　　　　　　　　　Karla Grossenbacher, DC Bar No. 522445
　　　　　　　　　　　　　　　　　　　　SEYFARTH SHAW
　　　　　　　　　　　　　　　　　　　　815 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　Washington, DC  20006-4004
　　　　　　　　　　　　　　　　　　　　(202) 463-2400

　　　　　　　　　　　　　　　　　　　　Attorney for Defendant