AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

VELMA LEWIS

        Plaintiff(s)

vs.

GREATER SOUTHEAST COMMUNITY HOSPITAL CORP

        Defendant(s)

**APPEARANCE**

CASE NUMBER 05-1281(RMC)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Christopher Lega__ as counsel in this
                            (Attorney's Name)

case for: __Greater Southeast Community Hospital Corp.__
              (Name of party or parties)

June 19, 2006
Date

/s/ Christopher Lega
Signature

Christopher Lega
Print Name

495023
BAR IDENTIFICATION

1150 18th Street, NW, Suite 800
Address

Washington, DC    20036
City   State   Zip Code

202-728-3008
Phone Number