IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VELMA LEWIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREATER SOUTHEAST )<br>COMMUNITY HOSPITAL CORP. )<br>)<br>Defendant. )<br>) | Case No. 1:05-cv-01281 (RMC) |

### STIPULATION EXTENDING TIME FOR THIRTY (30) DAYS TO COMPLETE DISCOVERY

The Plaintiff, Velma Lewis, and the Defendant, Greater Southeast Community Hospital Corp., jointly submit this Stipulation Extending Time For Thirty (30) Days to Complete Discovery, and in support states:

1. The current discovery deadline is July 5, 2006. The Court has set a post-discovery status on July 7, 2006.

2. The Deposition of the Plaintiff is currently noticed for July 5, 2006.

3. Although the parties have been working together, they have been unable to complete their exchange of documents in the time allotted, and with sufficient time to prepare for the Plaintiff's deposition and complete other discovery, and require an additional thirty (30) days.

4. If the Court approves this stipulation, the Defendant agrees to postpone the Plaintiff's deposition currently set for July 5, 2006, but only upon establishing a new,

mutually acceptable date, for the Plaintiff's deposition, within the proposed thirty-day extension period.

    5.    Therefore, the Plaintiff and Defendant agree to a thirty (30) day extension, or until August 4, 2006 to complete discovery, and that the scheduling of all subsequent events in this case should be adjusted in accordance with the extension.

June 20, 2006                                        Respectfully Submitted,

                                                            /s/ Steven K. White
                                                            Steven K. White No. 367371
                                                            Christopher Lega No. 496023
                                                            Stinson Morrison Hecker LLP
                                                            1150 18th Street, NW, Suite 800
                                                           Washington, D.C. 20036
                                                           (202) 785-9100
                                                           (202) 785-9163 (fax)

                                                           Counsel for Defendant

**SO ORDERED:**

Dated: _____, 2006           _____
                                                     United States District Court for the
                                                     District of Columbia Judge

Dated: 6-21-16                                  _____
                                                     Steven K. White, Counsel for Defendant

Dated: 6-21-06                                  _____
                                                     Nathaniel D. Johnson, Counsel for Plaintiff

## CERTIFICATE OF SERVICE

     I certify that on this 21st day of June 2006 a copy of the foregoing Stipulation Extending Time to Complete Discovery Thirty Days was served via first class mail, postage pre-paid, or via electronic transmission upon the following:

        Richard Lloyd Thompson, II, Esq.
        NATHANIEL D. JOHNSON, L.L.C.
        3195 Old Washington Road
        Waldorf, MD  20602

        Nathaniel D. Johnson, Esq.
        NATHANIEL D. JOHNSON, L.L.C.
        3195 Old Washington Road
        Waldorf, MD  20602

                        /s/ Christopher Lega
                        Christopher Lega