IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELMA LEWIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREATER SOUTHEAST )<br>COMMUNITY HOSPITAL CORP. )<br>)<br>Defendant. )<br>) | Case No. 1:05-cv-01281 (RMC) |

## JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE AN ADDITIONAL SIXTY DAYS AND REQUEST FOR REFERRAL TO MEDIATION

The Plaintiff, Velma Lewis, and the Defendant, Greater Southeast Community Hospital Corp., jointly submit this Motion to Extend the Discovery Deadline an Additional Sixty Days and Request for Referral to Mediation, and in support states:

1. The current discovery deadline is August 4, 2006.

2. The Court has set a post-discovery status on August 14, 2006.

3. While the Parties have been actively engaged in discovery, both sides have recently discovered additional documents that need to be exchanged, and have agreed on the need to take additional depositions and complete certain depositions that needed to be adjourned. One of the additional deponents resides outside of the metropolitan area.

4. The Parties also agree that as a result of the discovery that has been conducted so far and the proposed additional discovery, this case may be resolved best through the court's mediation program under Local Rule 84.

5.  Therefore, the Parties request the Court extend the current deadline for discovery an additional sixty days, or through September 26, 2006, and that the scheduling of all subsequent events in this case should be adjusted in accordance with the extension.

6.  The Parties also request that the Court refer this case to mediation.

WHEREFORE, the Plaintiff, Velma Lewis, and the Defendant, Greater Southeast Community Hospital Corp., requests this Court enter an order: (1) extending the deadline for discovery an additional sixty days or until September 26, 2006; and (2) refer this case to mediation.

August 4, 2006                                Respectfully Submitted,


/s/ Steven K. White
Steven K. White (No. 367371)
Christopher Lega (No. 496023)
Stinson Morrison Hecker LLP
1150 18th Street, NW, Suite 800
Washington, D.C. 20036
Telephone No.: (202) 785-9100
Fax Telephone No.: (202) 785-9163

Counsel for the Defendant


/s/ Richard Lloyd Thompson II
Richard Lloyd Thompson, II, Esq. (No. 448810)
NATHANIEL D. JOHNSON, L.L.C.
3195 Old Washington Road
Waldorf, MD 20602
Telephone No.: (202) 415-7549
Fax Telephone No.: (240) 363-0747

Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I certify that on August 4, 2006, a copy of the foregoing Joint Motion to Extend Discovery Deadline an Additional Sixty Days and For Referral Mediation was served via first class mail, postage pre-paid, via electronic transmission, or hand delivery, upon the following:

        Nathaniel D. Johnson, Esq.
        NATHANIEL D. JOHNSON, L.L.C.
        3195 Old Washington Road
        Waldorf, MD 20602

        /s/ Christopher Lega
        Christopher Lega