IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VELMA LEWIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:05-cv-01281 (RMC) |
| v. | ) | |
| | ) | |
| GREATER SOUTHEAST | ) | |
| COMMUNITY HOSPITAL CORP. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE AN ADDITIONAL SIXTY DAYS AND REQUEST FOR REFERRAL TO MEDIATION

This matter coming before Court on the Joint Motion to Extend the Discovery Deadline an Additional Sixty Days and Request For Referral to Mediation, after due consideration; it is hereby: **ORDERED** that the Motion is granted in its entirety; and it is **FURTHER ORDER** that the deadline for discovery is now September 26, 2006; and it is **FURTHER ORDERED** that this case shall be referred to the courts' mediation program.

Copies to:

Steven K. White
STINSON MORRISON HECKER LLP
1150 18th Street, NW, Suite 800
Washington, D.C. 20036

Richard Lloyd Thompson, II, Esq.
NATHANIEL D. JOHNSON, L.L.C.
3195 Old Washington Road
Waldorf, MD 20602

Nathaniel D. Johnson, Esq.
NATHANIEL D. JOHNSON, L.L.C.
3195 Old Washington Road
Waldorf, MD 20602

Dated:_____

                        _____
                        ROSEMARY M. COLLYER
                        United States District Judge