IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VELMA LEWIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:05-cv-01281 (RMC) |
| v. ) | |
| ) | |
| GREATER SOUTHEAST ) | |
| COMMUNITY HOSPITAL CORP. ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE**

The Plaintiff, Velma Lewis, and the Defendant, Greater Southeast Community Hospital Corp., jointly submit this Motion to Extend the Discovery Deadline, and in support state:

1. The current discovery deadline is October 3, 2006.

2. The Court has set a post-discovery status on December 13, 2006.

3. The parties are about to participate in Local Rule 84 mediation which is scheduled to take place by October 16, 2006.

4. The parties have been engaging in good faith negotiations to settle the case, and in furtherance of that effort have postponed the completion of certain discovery in an effort to save litigation costs if a settlement is reached.

5. The parties believe that the upcoming mediation will be beneficial and possibly lead to settlement. If settlement is not reached, the parties desire to complete that discovery which had been placed on hold during negotiations.

6. Accordingly, the parties request additional time to complete discovery through November 17, 2006.

7. The parties also request that the scheduling of all subsequent events in this case should be adjusted in accordance with the extension.

WHEREFORE, the Plaintiff, Velma Lewis, and the Defendant, Greater Southeast Community Hospital Corp., requests this Court enter an order extending the deadline for discovery through November 17, 2006.

October 4, 2006                                              Respectfully Submitted,


/s/ Steven K. White
Steven K. White (No. 367371)
Christopher Lega (No. 496023)
Stinson Morrison Hecker LLP
1150 18th Street, NW, Suite 800
Washington, D.C.  20036
Telephone No.: (202) 785-9100
Fax Telephone No.: (202) 785-9163

Counsel for the Defendant


/s/ Richard Lloyd Thompson II
Richard Lloyd Thompson, II, Esq. (No. 448810)
NATHANIEL D. JOHNSON, L.L.C.
3195 Old Washington Road
Waldorf, MD  20602
Telephone No.: (202) 415-7549
Fax Telephone No.: (240) 363-0747

Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

    I certify that on October 4, 2006, a copy of the foregoing Joint Motion to Extend Discovery Deadline was served via first class mail, postage pre-paid, via electronic transmission, or hand delivery, upon the following:

        Nathaniel D. Johnson, Esq.
        NATHANIEL D. JOHNSON, L.L.C.
        3195 Old Washington Road
        Waldorf, MD  20602

        /s/ Christopher Lega
        Christopher Lega