IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VELMA LEWIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREATER SOUTHEAST )<br>COMMUNITY HOSPITAL CORP. )<br>)<br>Defendant. )<br> ) | Case No. 1:05-cv-01281 (RMC) |

**ORDER ON JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE**

This matter coming before Court on the Joint Motion to Extend the Discovery Deadline, after due consideration; it is hereby: **ORDERED** that the Motion is granted in its entirety; and it is **FURTHER ORDERED** that the deadline for discovery is now November 17, 2006.

Copies to:

Steven K. White
STINSON MORRISON HECKER LLP
1150 18th Street, NW, Suite 800
Washington, D.C.  20036

Richard Lloyd Thompson, II, Esq.
NATHANIEL D. JOHNSON, L.L.C.
3195 Old Washington Road
Waldorf, MD  20602

Nathaniel D. Johnson, Esq.
NATHANIEL D. JOHNSON, L.L.C.
3195 Old Washington Road
Waldorf, MD  20602

Dated:_____          _____
                                        ROSEMARY M. COLLYER
                                        United States District Judge