UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VELMA LEWIS,** } | |
| } | |
| **Plaintiff,** } | |
| } | Civil No: 05-01281 (RMC) |
| v. } | |
| } | |
| **GREATER SOUTHEAST** } | |
| **COMMUNITY HOSPITAL CORP.** } | |
| } | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

Plaintiff and defendant, by undersigned counsel, hereby notify this Court that they have reached a settlement in the above-captioned matter. In accordance with F.R.C.P. 41(a)(1) ii, a Stipulation will be filed with the Court as soon as the necessary administrative paperwork is completed.


_____/s/_____
Nathaniel D. Johnson (MD Bar #14729)
LAW FIRM OF NATHANIEL D. JOHNSON, L.L.C.
3475 Leonardtown Road, Suite #200
Waldorf, MD 20601
Telephone: (301) 645-9103


_____/s/_____
Steven K. White (Bar #367371)
STINSON MORRISON HECKER LLP
1150 18th Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 785-9100

Dated: November 16, 2006

## **CERTIFICATE OF SERVICE**

  I certify that on November 16, 2006, a copy of the foregoing Notice of Settlement was served via first class mail, postage pre-paid, via electronic transmission, or hand delivery, upon the following:

    Nathan D. Johnson, Esquire
    LAW FIRM OF NATHANIEL D. JOHNSON, L.L.C.
    3475 Leonardtown Road, Suite #200
    Waldorf, MD 20602

          _____/s/_____
            Steven K. White