**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **VELMA LEWIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1281 (RMC)** |
| ) | |
| **GREATER SOUTHEAST** ) | |
| **COMMUNITY HOSPITAL CORP.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

The Court having been advised that this action has been settled, it is hereby

**ORDERED** that this case is **DISMISSED**.  The dismissal shall be without prejudice for a

period of 45 days from the date of this Order.  If settlement is not consummated within that 45-day

period, the parties may reopen the action upon motion approved by the Court.  Should counsel fail

to move to reopen the case within the prescribed period, the matter shall, without further order, stand

dismissed *with* prejudice.

**SO ORDERED.**


Dated: November 16, 2006                                      /s/
                                                   ROSEMARY M. COLLYER
                                                   United States District Judge